JAMES McNAIR THOMPSON
SBN 67807
LAW OFFICES OF JAMES McNAIR THOMPSON
PO BOX 636
LOS GATOS CA 95031
(408) 358-6047

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JAVIER MARTINEZ MONTECINOS ROSALES and <br> VICTOR CERNAS <br><br> Defendant | Case No.: 13-CR-00224-EJD <br><br> STIPULATION AND [~~PROPOSED~~] ORDER VACATING THE DETENTION OF ANTONIO PACHECO - ZAVALETA AS A MATERIAL WITNESS |

ANTONIO PACHECO-ZAVALETA is detained in the above—captioned matter as a material witness.

ANTONIO PACHECO-ZAVALETA is represented by James McNair Thompson, who has consulted with ANTONIO PACHECO-ZAVALETA and is authorized to make the representations made herein, and made in the attached Declaration of James McNair Thompson.

If called as a witness at the trial of this matter, or at a deposition convened pursuant to 18 U.S.C. §3144 or Fed. R. Crim. P. Rule 15, ANTONIO PACHECO-ZAVALETA would invoke his right under the 5th Amendment to the United States

Constitution to refuse to answer any question relevant to the above-captioned criminal proceeding.

Because ANTONIO PACHECO-ZAVALETA would invoke his rights to refuse to answer any question in this proceeding, whether at trial or at a deposition, the testimony of ANTONIO PACHECO-ZAVALETA is no longer material in this criminal proceeding.

Accordingly, the parties stipulate that good cause exists to terminate ANTONIO PACHECO-ZAVALETA's detention pursuant to 18 U.S.C. §3144, and to release him from his custodial status as a material witness.

Upon entry of the proposed order, the hearing on detained witness' April 26, 2013 motion for a deposition will be moot, so the parties further stipulate that at such time as the proposed order is signed, the motion may be taken off calendar.

IT IS SO STIPULATED.

Dated: April 10, 2013

    Respectfully submitted,
    MELINDA HAAG
    United States Attorney
    /s/
    _____
    GARY G. FRY
    Assistant United States Attorney

Dated: April 10, 2013

    /s/_____
    MICHELLE DEE SPENCER
    Attorney for Javier Martinez Montecinos Rosales

Dated: April 10, 2013

    /s/_____
    THOMAS J. FERRITO
    Attorney for Victor Cernas

Dated: April 10, 2013

/s/_____
JAMES MCNAIR THOMPSON
Attorney for Francisco Reyes De La Cruz

### DECLARATION OF JAMES McNAIR THOMPSON

I, James McNair Thompson, declare:

1. I am now and at all relevant times have been duly licensed to practice law in the State of California and admitted to practice before the Federal District Court for the Northern District of California.

2. On April 2, 2013, I was provisionally appointed pursuant to CJA to represent ANTONIO PACHECO-ZAVALETA in his capacity as a potential material witness subject to detention in the above-captioned matter, and on April 8, 2013 my appointment was confirmed.

3. I have reviewed the discovery available in the above-captioned case, including reports of the events of March 22, 2013, and discussed those reports with ANTONIO PACHECO-ZAVALETA.

4. It is my opinion that ANTONIO PACHECO-ZAVALETA has a legitimate, well founded basis under the 5th Amendment to the United States Constitution, to decline to answer any question relevant to the above – captioned matter.

5. If ANTONIO PACHECO-ZAVALETA is asked any question relevant to the above – captioned matter, I would advise him to decline to answer the question on the ground that the 5th Amendment affords him the right to decline.

1    6. I am informed and believe that if I advise ANTONIO PACHECO-
2 ZAVALETA to decline to answer any question, he will in fact decline to answer the
3 question.
4    7. In view of the foregoing, it is my opinion that the testimony of ANTONIO
5 PACHECO-ZAVALETA is not material in this criminal proceeding, in that it would
6 consist solely of the invocation of his rights under the 5th Amendment, whether such
7 testimony was adduced at a trial or at a deposition convened pursuant to Fed. R.
8 Crim. P. Rule 15(a)(2).
9    I declare under penalty of perjury that the foregoing is true and correct;
10 executed this 9th day of April, 2013 at Los Gatos, California

_____
James McNair Thompson

## [~~PROPOSED~~] ORDER

Based on the foregoing, and for good cause appearing,

**IT IS HEREBY ORDERED** that the Order of Detention of ANTONIO PACHECO-ZAVALETA made on April 8, 2013 is hereby vacated, and the defendant is hereby released from custody in this case, and available for service on such detainers as may exist, or if none, release from custody.

1    The motion by detained witness ANTONIO PACHECO-ZAVALETA to compel
2    a deposition, set for April 26, 2013 at 9:30 a.m., is hereby taken off calendar as
3    moot.

DATED: <u>April 22, 2013</u>

_____
PAUL S. GREWAL
United States Magistrate Judge