MICHELLE D. SPENCER, CBN 164696
LAW OFFICE OF MICHELLE D. SPENCER
55 River Street, Suite 100
Santa Cruz, CA 95060
Tel:  831 458 0502
Fax: 831 515 5053

Attorney for Javier Martinez Montecinos Rosales

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAVIER MARTINEZ MONTECINOS ROSALES and VICTOR CERNAS,<br><br>Defendants. | CASE NO:  CR13-00224-EJD<br><br>STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING STATUS CONFERENCE TO JULY 1, 2013 AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |

The parties, by and through their respective counsel, hereby stipulate, subject to the Court's approval, that the status conference currently scheduled for June 3, 2013 be continued to July 1, 2013 for further status.

The parties further stipulate that time should be excluded under the Speedy Trial Act from June 3, 2013 through and including July 1, 2013 for effective preparation of defense counsel.  Additional discovery is expected to be distributed to the defense soon.  Counsel will need time to review it and conduct any necessary investigation.

- 1 -

Stipulation and [Proposed] Order Continuing Status Hearing

IT IS SO STIPULATED.

Dated: May 28, 2013               MELINDA HAAG
                                  United States Attorney

                                  _____/S/_____
                                  GARY FRY
                                  Assistant United States Attorney

Dated: May 28, 2013               _____/S/_____
                                  THOMAS J. FERRITO
                                  Counsel for Victor Cernas

Dated: May 28, 2013

                                  _____/S/_____
                                  MICHELLE D. SPENCER
                                  Counsel for Javier Martinez Montecinos Rosales


[PROPOSED] ORDER

GOOD CAUSE APPEARING, and upon the stipulation of the parties,

IT IS HEREBY ORDERED that the status conference currently scheduled for both defendants on June 3, 2013 shall be continued to July 1, 2013 at 1:30 p.m. for further status.

FURTHER, the Court finds that failing to exclude the time between June 3, 2013 through and including July 1, 2013, would unreasonably deny defense counsel time for effective preparation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv). The ends of justice served by excluding the time between June 3, 2013 and July 1, 2013, from computation under the Speedy Trial Act outweigh the interests of the public and the defendant in a speedy trial.

IT IS FURTHER ORDERED that the time between June 3, 2013 through and including July 1, 2013, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), and (B)(iv), and 18 U.S.C. § 3161(h)(1)(D).

IT IS SO ORDERED.

Dated: 5/29/2013

THE HONORABLE EDWARD J. DAVILA
United States District Judge

Stipulation and [Proposed] Order Continuing Status Hearing