MICHELLE D. SPENCER, CBN 164696
LAW OFFICE OF MICHELLE D. SPENCER
55 River Street, Suite 100
Santa Cruz, CA 95060
Tel:  831 458 0502
Fax: 831 515 5053

Attorney for Javier Martinez Montecinos Rosales

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAVIER MARTINEZ MONTECINOS ROSALES and VICTOR CERNAS,<br><br>Defendants. | CASE NO:  CR13-00224-EJD<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE TO SEPTEMBER 8, 2014  AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |

The parties, by and through their respective counsel, hereby stipulate, subject to the Court's approval, that the status conference currently scheduled for August 4, 2014 be continued to September 8, 2014 for further status.

The parties further stipulate that time should be excluded under the Speedy Trial Act from August 4, 2014 through and including September 8, 2014 for effective preparation of defense counsel. Defense counsel recently received proposed plea agreements and require additional time to review and consider them and conduct follow-up investigation.

- 1 -

Stipulation and [Proposed] Order Continuing Status Hearing

IT IS SO STIPULATED.

Dated: July 30, 2014　　　　　　　　　MELINDA HAAG
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　_____/S/_____
　　　　　　　　　　　　　　　　　　GARY FRY
　　　　　　　　　　　　　　　　　　Assistant United States Attorney

Dated: July 30, 2014　　　　　　　　　_____/S/_____
　　　　　　　　　　　　　　　　　　THOMAS J. FERRITO
　　　　　　　　　　　　　　　　　　Counsel for Victor Cernas

Dated: July 30, 2014

　　　　　　　　　　　　　　　　　　_____/S/_____
　　　　　　　　　　　　　　　　　　MICHELLE D. SPENCER
　　　　　　　　　　　　　　　　　　Counsel for Javier Martinez Montecinos Rosales

## [PROPOSED] ORDER

GOOD CAUSE APPEARING, and upon the stipulation of the parties,

IT IS HEREBY ORDERED that the status conference currently scheduled for both defendants on August 4, 2014 shall be continued to September 8, 2014 at 1:30 p.m. for further status.

FURTHER, the Court finds that failing to exclude the time between August 4, 2014 through and including September 8, 2014, would unreasonably deny defense counsel time for effective preparation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv). The ends of justice served by excluding the time between August 4, 2014 and September 8, 2014, from computation under the Speedy Trial Act outweigh the interests of the public and the defendant in a speedy trial.

IT IS FURTHER ORDERED that the time between August 4, 2014 through and including September 8, 2014, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), and (B)(iv), and 18 U.S.C. § 3161(h)(1)(D).

IT IS SO ORDERED.

Dated: 7/31/14

_____
THE HONORABLE EDWARD J. DAVILA
United States District Judge